IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01633-WYD-MJW

GLENN GALBRAITH,

Plaintiff(s),

v.

DAVID PENA, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Motion to Postpone Rule 16 Conference (Docket No. 13) is **denied**.  Plaintiff and defense counsel shall appear as directed on September 15, 2009, at 2:30 p.m. for the Rule 16 Conference and submit their proposed Scheduling Order and confidential settlement statements.  If, however, all claims have been settled prior to the time of the Rule 16 Conference, the parties shall so advise the court, and rather than appearing in person for the Rule 16 Scheduling Conference, may instead on September 15, 2009, set up a conference call to the court at (303) 844-2403 at 2:30 p.m. to place the settlement on the record.

Date: September 11, 2009