IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01633-WYD-MJW

GLENN GALBRAITH,

     Plaintiff,

v.

DAVID PENA, an individual;
HOWARD TANNER, a/k/a Mark Tanner, an individual; and
INFLATED DOUGH, INC., a Colorado corporation,

     Defendants.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed September 15, 2009).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his/its own attorney fees and costs.

Dated:  September 15, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

-1-